IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN T. PATRICK, <br> TDCJ-CID NO. 648579, | § <br> § <br> § | |
| Plaintiff, | § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. H-11-2095 |
| PHILLIP O. BICKHAM, et al., | § <br> § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum Opinion and Order entered this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 28th day of January, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE